1038

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL MADRIGAL PAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 93-1-50145-4, Dennis D. Yule, J., entered October 26, 1993. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

JAY S. WILMOTH, ET AL., *Respondents*, v. JAMES W. NORMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-03416-2, Philip Faris, J. Pro Tem., entered December 15, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

*In the Matter of the Marriage of* DAVID L. HOEGER, *Respondent, and* KATHLEEN M. HOEGER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-3-00397-4, Donald W. Schacht, J., entered February 24, 1994. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Thompson, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JESUS CANEDO-ASTORGA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 93-1-00043-4, David R. Draper, J., entered November 3, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Turner, J., and Fleisher, J. Pro Tem.